CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
March 20, 2025
LAURA A. AUSTIN, CLERK
BY: s/ D. AUDIA
   DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **CHARLES PHILLIPS,** ) | |
| ) | |
| **Plaintiff,** ) | Civil Action No. 3:23-CV-61 |
| **v.** ) | |
| ) | |
| **RESURGENT RECEIVABLES, LLC,** ) | **By: Hon. Robert S. Ballou** |
| ) | **United States District Judge** |
| **Defendant.** ) | |

## ORDER

This matter comes before the Court on the parties' agreed Stipulation of Dismissal with Prejudice. Dkt. 33. Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby

**ORDERED** that the action is dismissed by stipulation, with prejudice. This matter is **STRICKEN** from the active docket of the Court.

Entered: March 20, 2025

*Robert S. Ballou*

Robert S. Ballou
United States District Judge